## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL BALDWIN, JEFFRY IRWIN,
JENNY IRWIN, TIM THOMAS, and
GREG WATT, on behalf of himself and all
others similarly situated,

        *Plaintiffs,*

   v.

CENCORA, INC., and HACKBARTH
DELIVERY SERVICE, INC.,

        *Defendants.*

CIVIL ACTION
NO. 25-2610

## ORDER

**AND NOW**, this 26th day of March, 2026, upon consideration of the Complaint, (Dkt. No. 1), Hackbarth's Renewed Motion to Dismiss Plaintiffs' Collective Action Complaint for Lack of Personal Jurisdiction, (Dkt. No. 45), Plaintiffs' Opposition to Defendant Hackbarth Delivery Service, Inc.'s Renewed Motion, (Dkt. No. 46), and Hackbarth's Reply, (Dkt. No. 47), it is **ORDERED** that:

1. Hackbarth's Renewed Motion to Dismiss Plaintiffs' Collective Action Complaint for Lack of Personal Jurisdiction, (Dkt. No. 45), is **GRANTED**.

2. This case shall be **TRANSFERRED to the Eastern District of Tennessee** under 28 U.S.C. § 1631 as to Hackbarth Delivery Service, Inc., and under 28 U.S.C. § 1404(a) as to Cencora, Inc.

3. The Clerk of the Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.